IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTROCK CP, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-4497-AT |
| JAMES C. JUSTICE COMPANIES, : | |
| INC., *et al.*, : | |
| : | |
| Defendants. : | |

## **CONSENT JUDGMENT**

Having considered the record in this case, the parties consenting to the entry of judgment in favor of Plaintiff WestRock CP, LLC and against James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, jointly and severally, and for good cause shown,

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff WestRock CP, LLC and against Defendants James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, jointly and severally, in the total amount of $1,022,380.01, consisting of $965,797.72 principal, $3,963.19 pre-default interest, $42,817.00 post-default interest through March 2, 2018, plus $9,802.10 in reasonable attorneys' fees and costs incurred by WestRock CP, LLC in this matter since the default in accordance with the parties' agreement. Post-

judgment interest shall accrue on the outstanding principal balance at the rate of 12% per annum until paid in full in accordance with the parties' agreement.

This judgment is final and adjudicates all claims asserted in this case.

**IT IS SO ORDERED** this 2nd day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**