IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WESTROCK CP, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JAMES C. JUSTICE COMPANIES,** | ) **CIVIL ACTION** |
| **INC., SOUTHERN COAL** | ) **FILE NO.  1:17-CV-4497-AT** |
| **CORPORATION, and KENTUCKY** | ) |
| **FUEL CORPORATION,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## SATISFACTION OF JUDGMENT

COMES NOW WestRock CP, LLC ("WestRock") and shows that the judgment entered in the above-styled action against Defendants James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation on or about March 2, 2018 has been settled and paid in full, and WestRock requests the Clerk to mark the judgment as satisfied.

Respectfully submitted this 19th day of December, 2018.

/s/ John O'Shea Sullivan
John O'Shea Sullivan
Georgia Bar No. 691305
Attorney for Plaintiff

BURR & FORMAN LLP
171 Seventeenth Street, Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Fax: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2018, I electronically filed the foregoing **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system and served a copy of same upon the following through first-class, United States mail, postage prepaid  and by email and as follows:

> Wade K. Copeland
> Michael P. DiOrio
> CARLOCK, COPELAND & STAIR, LLP
> 191 Peachtree Street, N.E.
> Suite 3600
> Atlanta, Georgia 30303
> mdiorio@carlockcopeland.com
>
> Aaron B. Houchens
> AARON B. HOUCHENS, P.C.
> 111 East Main Street
> Salem, Virginia 24153
> aaron@houchenslaw.com

/s/ John O'Shea Sullivan
John O'Shea Sullivan
Georgia Bar No. 691305
Attorney for Plaintiff

BURR & FORMAN LLP
171 Seventeenth Street, Suite 1100
Atlanta, Georgia  30363
Telephone: (404) 815-3000
Fax: (404) 817-3244